CATHERINE L. O'CONNOR, Administratrix, etc., of JOHN H. O'CONNOR, Deceased, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Motion to add cause to calendar for June, 1927, granted. Present — Kelly, P. J , Manning, Young, Kapper and Lazansky, JJ.

WILLIAM M. PACK, Respondent, v. LINDE AIR PRODUCTS COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MINNIE V. PITTS, Respondent, v. WILLIAM H. PITTS, Appellant, and Others, Defendants.— Motion for order of restitution denied, it appearing that no judgment has been entered in the Kings county clerk's office upon the remittitur of this court, filed in said clerk's office on May 13, 1927. No order of restitution should be made until such judgment is entered, and, when it is so entered, the plaintiff will have an opportunity to perfect her appeal to the Court of Appeals. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH F. DOLAN, Relator, v. GEORGE V. McLAUGHLIN, as Pol ce Commissioner of the Police Department of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK P. KENISON, Respondent, v. HUGH WHITE, President of the Village of Scarsdale. WARREN CUNNINGHAM and Others, Constituting the Board of Trustees of Said Village, and WILLIAM J. SHORT, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

SADIE RAYANKA, Administratrix, etc., of ANTHONY J. RAYANKA, Deceased, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Motion to add cause to calendar for June, 1927, granted. Present — Kelly, P J., Manning, Young, Kapper and Lazansky, JJ.

GLADALYN RICHTER, an Infant, by LOTTIE RICHTER, Her Guardian ad Litem, Appellant, v. JOHN E. HALLEREN, Respondent.— Motion to add cause to calendar for June, 1927, denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

SAMUEL SCHREIBER, Respondent, v. MUNSON STEAMSHIP LINE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

FANNIE STAMBLER, Appellant, v. THOMAS J. WALSH, as Receiver of SAMUEL CAVEN, Respondent.— Motion to resettle order granted, the order as resettled to provide for costs to appellant to abide the event. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ. Settle order on notice.

U. & H. REALTY CORPORATION, Appellant, v. A. S. BECK SHOE CORPORATION, Respondent.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.